92

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAVID L. WHITNEY, Defendant-Appellant.

(No. 71-315;

Second District—August 23, 1972.

Opinion by Mr. JUSTICE GUILD.

Max G. Peterson, of Plano, for appellant.

Dallas C. Ingemunson, State's Attorney, of Yorkville, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALPHONSO JOHNSON (Impleaded), Defendant-Appellant.

(No. 72-36;

Second District—August 23, 1972.